HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIGUEL OBED ROMERO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00076-KES-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| MIGUEL OBED ROMERO REYES, | Date:   September 11, 2024 |
| Defendant. | Time:  1:00 p.m. |
| | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Miguel Obed Romero Reyes, that the status conference currently scheduled for June 16, 2024, at 1:00 p.m. may be continued to September 11, 2024, at 1:00 p.m.

A complaint was filed in this case on April 8, 2024, and Mr. Romero Reyes was arrested on April 11, 2024. *See* Dkt. #1, #3. Thereafter Mr. Romero Reyes made his initial appearance on April 15, 2024, and was ordered detained at that time. *See* Dkt. #4, #6. An Indictment issued on April 18, 2024. *See* Dkt. #8. Mr. Romero Reyes was arraigned on the Indictment on April 29, 2024, and, at that time, an initial status conference was set for June 26, 2024. *See* Dkt. #11.

The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery in this matter. The defense is in the process of

reviewing that discovery and conducting its own investigation and research into the issues involved in the case. Additional time is needed by the defense to continue its investigation and research, and for that reason, the parties are requesting that the matter be continued to September 11, 2024, for a second status conference. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to September 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 18, 2024

/s/ Cody Chapple
CODY CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 18, 2024

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MIGUEL OBED ROMERO REYES

1

## <u>ORDER</u>

2

   IT IS SO ORDERED that the status conference is continued from June 26, 2024, to

3

**September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A.**

4

**McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii)

5

and (iv).

6

7

8

IT IS SO ORDERED.

9

   Dated:   **June 18, 2024**                    /s/ *Barbara A. McAuliffe*

10

                                 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28