PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00076-KES-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; AND ORDER** |
| MIGUEL OBED ROMERO REYES, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on April 18, 2024, charging him with two counts: 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Over 400 Grams of Fentanyl; and 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Over 400 Grams of Fentanyl . The defendant appeared and was detained. The Court set a status conference for June 26, 2024, and excluded time. The Court later extended the status conference to September 11, 2024, and again to December 11, 2024. Time has also been excluded time to December 11, 2024.

2. The government produced initial discovery on April 29, 2024. On August 2, 2024, the government made a plea offer to the defendant. The parties are still discussing the language of the plea agreement and the possibility of a pre-trial resolution.

3. Now, the parties agree to continue the status conference from December 11, 2024, to

February 26, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

    4.    The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from December 11, 2024, through February 26, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Cody Chapple*<br>Cody Chapple<br>Assistant United States Attorney |
| Dated:  December 4, 2024 | */s/ Reed Grantham*<br>Reed Grantham<br>Counsel for Miguel Obed Romero Reyes |

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from December 11, 2024, until **February 26, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from December 11, 2024, through February 26, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **December 4, 2024**             /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE