MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL OBED ROMERO REYES,<br><br>Defendant. | CASE NO. 1:24-CR-000076-KES-BAM<br><br>**STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; AND ORDER** |

The parties stipulate as follows:

1.    A grand jury indicted the defendant in this district on April 18, 2024, charging him with conspiracy and possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 8416 and 841. [ECF 8.] The defendant was detained and remains in custody.

2.    A status conference is set for February 26, 2025, and time has been excluded to that date.

3.    On February 12, 2025, the parties executed and filed a signed plea agreement in this case. [ECF 23.]

4.    Now, the parties agree to set a change of plea hearing on March 10, 2025, and to vacate the February 26, 2025, status conference. The parties cleared this date with the district court.

5.    The parties also agree that the interests of justice served by excluding time to the change

of plea hearing outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from February 26, 2025, through March 10, 2025, should be excluded to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and to consider a pre-trial resolution of the case. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

6.

IT IS SO STIPULATED.

Dated: February 13, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Cody S. Chapple
Assistant United States Attorney

HEATHER WILLIAMS
Federal Defender

Dated: February 13, 2025

*/s/ Reed Grantham*
Reed B. Grantham
Office Of The Federal Defender
Counsel for MIGUEL OBED ROMERO REYES

**ORDER**

The Court has read and considered the parties' stipulation to vacate the status conference, set a change of plea hearing, and exclude time. The Court also finds that the interests of justice served by excluding time outweigh the interests of the public and the defendant in a speedy trial.

Therefore:

1. The status conference set for February 26, 2025, is vacated;

2. A Change of Plea Hearing will be set on **March 10, 2025, at 9:30 am before District Judge Kirk E. Sherriff.**

3. The period from February 26, 2025, through March 10, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **February 13, 2025**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE