1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MIGUEL OBED ROMERO-REYES
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:24-cr-00076-KES-BAM

12              Plaintiff,             STIPULATION TO CONTINUE CHANGE OF
                                       PLEA HEARING; ORDER
13  vs.

14  MIGUEL OBED ROMERO-REYES,

15              Defendant.

16

17

18       IT IS HEREBY STIPULATED, by and between the parties through their respective

19  counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for Miguel Obed Romero-Reyes, that the change of

21  plea hearing currently scheduled for March 10, 2025, may be continued to March 31, 2025, at

22  9:30 a.m.

23       The parties have filed a plea agreement in this case. *See* Dkt. #23. Counsel for Mr.

24  Romero-Reyes is unavailable at the date and time set for the change of plea hearing on March

25  10, 2025. Accordingly, the parties are requesting that the change of plea hearing be continued to

26  March 31, 2025, at 9:30 a.m.

27       The requested continuance is made with the intention of conserving time and resources

28  for both the parties and the Court. The government is in agreement with this request and the

1    requested date is a mutually agreeable date for both parties. The parties stipulate that for the

2    purpose of computing time under the Speedy Trial Act, the Court should exclude time from the

3    date of this order through March 31, 2025, for defense preparation and investigation, pursuant to

4    18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by

5    resetting the change of plea hearing outweigh the best interest of the public and the defendant in

6    a speedy trial.

7

8                                              Respectfully submitted,

9                                              HEATHER E. WILLIAMS
                                               Federal Defender
10

11   Date: March 4, 2025                       */s/ Reed Grantham*
                                               REED GRANTHAM
12                                             Assistant Federal Defender
                                               Attorney for Defendant
13                                             MIGUEL OBED ROMERO-REYES

14

15                                             MICHELE BECKWITH
                                               Acting United States Attorney
16

17   Date: March 4, 2025                       */s/ Cody Chapple*
                                               CODY CHAPPLE
18                                             Assistant United States Attorney
                                               Attorney for Plaintiff
19

20

21

22

23

24

25

26

27

28

Romero-Reyes – Stipulation                    -2-

1

**O R D E R**

2       **IT IS SO ORDERED.** The change of plea hearing currently set for March 10, 2025, is

3    hereby continued to March 31, 2025, at 9:30 a.m.

4       The time through March 31, 2025, is excluded under the Speedy Trial Act pursuant to 18

5    U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the

6    continuance outweigh the best interest of the public and the defendant in a speedy trial.

7

8    IT IS SO ORDERED.

9       Dated:    March 5, 2025

10                                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28