1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
MIGUEL OBED ROMERO-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00076-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| MIGUEL OBED ROMERO-REYES, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Miguel Obed Romero-Reyes, that the sentencing hearing currently scheduled for June 30, 2025, may be continued to August 4, 2025, at 9:30 a.m.

Mr. Romero-Reyes entered a plea of guilty to Count One of the Indictment on March 31, 2025. *See* Dkt. #28. The matter was then scheduled for sentencing on June 30, 2025. *See* Dkt. #28. Mr. Romero-Reyes has been interviewed by the probation officer who will be preparing the Presentence Investigation Report (PSR). However, additional time is needed so that the parties can arrange for an interview pursuant to U.S.S.G. § 5C1.12. Additionally, counsel for Mr. Romero-Reyes has a scheduled trial beginning on July 8, 2025. In order to provide sufficient time and opportunity to be adequately prepared for sentencing, the parties are requesting that

sentencing in this matter be continued to August 4, 2025.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 29, 2025    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MIGUEL OBED ROMERO-REYES

MICHELE BECKWITH
Acting United States Attorney

Date: April 29, 2025    */s/ Cody Chapple*
CODY CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, June 30, 2025, at 9:30 a.m. be continued to Monday, August 4, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  April 30, 2025

_____
UNITED STATES DISTRICT JUDGE